IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )
        v.                      )           Criminal Action No.
                                )           06-00103-01-CR-W-ODS
CHRISTOPHER S. DETTLAFF,        )
                                )
                    Defendant.  )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E.

Larsen, to which no objection has been filed, the plea of guilty to Counts One of the Indictment is

now accepted. Defendant is adjudged guilty of such offense.  Sentencing will be set by subsequent

order of the court.


                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH
                                        United States District Judge

Kansas City, Missouri
September 6, 2006